■ Jeffrey Novak, Appellant, v Frederick D. Hicks, DMD, Respondent, et al., Defendants. [6 NYS3d 507]—Appeal from an order of the Supreme Court, Wayne County (John B. Nesbitt, A.J.), entered March 31, 2014. The order, inter alia, granted the motion of defendant Frederick D. Hicks, DMD, for summary judgment dismissing the complaint against him.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Peradotto, Valentino and Whalen, JJ.